UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA DEVER,

    Plaintiff,

v.                                        Case No. 21-12257

JUAN M. AGUILAR FERNANDEZ,     Sean F. Cox
                                                   United States District Court Judge

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 20) AND DENYING DEFENDANT'S MOTION

This matter was referred to Magistrate Judge Kimberly Altman for all pretrial proceedings. Thereafter, Defendant Juan M. Aguilar Fernandez ("Fernandez"), who is proceeding *pro se*, filed a motion docketed as ECF Number 18. That motion asks for relief, including the dismissal of the complaint.

In a Report and Recommendation issued on August 17, 2022, Judge Altman recommends that this Court deny Defendant Fernandez's motion. (ECF No. 20).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the August 17, 2022 Report and Recommendation and **ORDERS** that Defendant Fernandez's Motion (ECF No. 18) is **DENIED.**

**IT IS SO ORDERED.**

                                                                           s/Sean F. Cox  
                                                                           Sean F. Cox  
                                                                           United States District Judge

Dated: September 12, 2022