UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA DEVER,

    Plaintiff,

v.

    Case No. 21-12257

    Hon. Sean F. Cox

JUAN M. AGUILAR FERNANDEZ,

    Defendant.
_____/

## ORDER OF DISMISSAL

The parties having placed a settlement of this action on the record on this date,

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
Sean F. Cox
United States District Judge

Dated: 1/31/23

Approved as to
form and substance:

_____   ADAM G. TAUB (P48703)
Attorney for Plaintiff(s)   (Please sign and print)

_____   Juan M Aguilar-Fernandez
Defendant(s)   (Please sign and print)